IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WAYNE BURR, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00560-FB |
| vs. | § § | |
| SLP NEW BRAUNFELS, et al, | § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is the Motion For Admission Pro Hac Vice, filed by Taylor O. Reed of Wilson Elser Moskowitz Edelman & Dicker LLP [#8]. Ms. Reed asks the Court for permission to appear *pro hac vice* to represent Defendants. Ms. Reed is a member in good standing of the bar of the State of Texas and is licensed to practice before the Eastern and Northern Districts of Texas. According to the motion, this is Ms. Reed's fourth application to appear *pro hac vice* in the Western District of Texas. Ms. Reed has co-counsel in this case, Kristina M. Oropeza, who is admitted to practice before the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to **one** case or, in some cases, as long as a licensed Western District of Texas attorney is involved in the case. Therefore, after due consideration, the Court is of the opinion the motion should be conditionally granted such that Ms. Reed may appear in this case *pro hac vice*. Accordingly,

1

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#8] is **GRANTED** such that Taylor O. Reed may appear *pro hac vice* in this case.

**IT IS FURTHER ORDERED** that counsel become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas or this Court's website.

**IT IS FURTHER ORDERED** that Taylor O. Reed immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if she has not already done so.

**IT IS FINALLY ORDERED** that Taylor O. Reed, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if she has not already done so. Ms. Reed's *pro hac vice* status shall not take effect until she has complied with all of the requirements contained in this Order.

SIGNED this 21st day of June, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE